Blake Goodman
Bar Number: 7436
Law Offices of Blake Goodman, PC
900 Fort Street Mall #910
Honolulu, HI, 96813
E: blake@debtfreehawaii.com
T: (808) 528-4274
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

---------------------------------------------------------------------------x

Mona Madeira,

                                                                              Plaintiff,

Civil Action No:
1:25cv185

     -v.-

Trans Union, LLC;
Equifax Information Services, LLC;
Experian Information Solutions, Inc.;

Hyundai Capital America,

d/b/a Kia Finance America,

                                                         Defendants.

---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Notice is hereby given that the plaintiff and the Defendant, Experian Information Solutions, Inc. have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 15th day of July 2025

                                                                               */s/ Blake Goodman*
                                                                               Blake Goodman

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 15, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Blake Goodman*
                                                 Blake Goodman